No. 270. THE HENRIETTA MILLS *v.* RUTHERFORD COUNTY ET AL. October 21, 1929. Petition for writ of

542

certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. Murray Allen* and *Willis Smith* for petitioner. No appearance for respondents.